**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

JOHN MYERS,                                    )
                                               )
               Petitioner,                )
                                               )
v.                                             )    Cause No. 1:16-cv-02023-JRS-DML
                                               )
RON NEAL,                                      )
  Superintendent, Indiana State Prison,        )
                                               )
            Respondent.                )

**ORDER**

On September 16, 2020, the United States Court of Appeals for the Seventh Circuit issued an amended opinion reversing this Court's grant of habeas relief with regard to the ineffective assistance of Petitioner John Myers's ("Petitioner") trial counsel. *Myers v. Neal*, 975 F.3d 611 (7th Cir. 2020). Following the denial of rehearing, on September 24, 2020, the Seventh Circuit's mandate was issued and filed in this Court. ECF No. 87. Petitioner sought further review of the Seventh Circuit's judgment by filing a petition for a writ of certiorari at the Supreme Court of the United States, but that petition was denied on April 5, 2021. *See* ECF No. 94; *Myers v. Neal*, --- S. Ct. ----, 2021 WL 1241023 (Mem) (U.S. Apr. 5, 2021).

In light of the impact of the Seventh Circuit's judgment and opinion on the resolution of the remaining issues in this case, IT IS ORDERED that the parties provide supplemental briefing in this case on the remaining issues to be decided. Petitioner is directed to file a petitioner's brief on or before July 1, 2021. Respondent Ron Neal may file a response brief on or before August 16, 2021. If respondent files a response brief, Petitioner is directed to file a reply by September 3, 2021. No later than September 3, 2021 if a response brief is filed or August 20, 2021 if no response

brief is filed, the parties may move for oral argument under Local Rule 7-5. In such motion the

moving party shall advise this Court of its availability for oral argument on the remaining issues

to be decided in this case between the dates of September 20 and October 8, 2021.  If such motion

is filed, the non-moving party, regardless of whether it opposes the motion, shall indicate in its

response or by letter its availability between the dates of September 20 and October 8, 2021.


        DATE:_____

                                             JAMES R. SWEENEY II, JUDGE
                                           United States District Court
                                           Southern District of Indiana

Prepared by

JENNER & BLOCK LLP

/s/ Clifford W. Berlow

Clifford W. Berlow
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
cberlow@jenner.com

*Attorney for Petitioner John Myers*

Distribution to all electronically
registered counsel of record via CM/ECF.