UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN MYERS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:16-cv-02023-JRS-KMB |
| ) | |
| SUPERINTENDENT, Indiana State Prison, ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT in this action in favor of the respondent and against the Petitioner, John Myers.

Mr. Myers' petition for writ of habeas corpus is denied and the action is terminated.

Date: 10/17/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel